IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHRISTOPHER SIEG | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 22-3427 |
| | : | |
| THE HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY | : : | |

## ORDER

**AND NOW**, this 29th day of August 2022, upon considering Plaintiff's Response (ECF Doc. No. 4) to our August 26, 2022 show cause Order (ECF Doc. No. 3), it is **ORDERED**:

1. This action is **DISMISSED WITHOUT PREJUDICE** under Federal Rule of Civil Procedure 41(a)(1); and,

2. The Clerk of Court shall **close** this case.

KEARNEY, J.